IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0415

IN THE MATTER OF

P.P.,

　　A Youth in Need of Care.

## ORDER

Upon consideration of Appellant Mother and Appellant Father's Motion to Consolidate, and good cause appearing therefore, Appellants' motion is GRANTED and Cause Nos. DA 23-0410 and DA 23-0415 are hereby consolidated under Cause No. DA 23-0415 and captioned as above.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 8 2023